UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES STITES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00384 |
| | § | |
| DELAP SHIPPING COMPANY, INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

On March 15, 2019, the Plaintiff filed a Notice of Dismissal with prejudice as to Diana Containerships, Inc (Dkt. 10) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against Diana Containerships, Inc. in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas, this 18th day of March, 2019.

George C. Hanks Jr.
United States District Judge